UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
08-CV-4803(JMR/FLN)

| | |
|---|---|
| Lamont Gentry Falls | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| Dwight L. Fondren, Warden | ) |

On August 28, 2008, the Honorable Franklin L. Noel, United States Magistrate Judge, issued a Report & Recommendation in the above-entitled action recommending that petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 be dismissed for lack of jurisdiction. [Docket No. 3.] Petitioner timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report & Recommendation.

IT IS ORDERED that petitioner's application for habeas corpus relief [Docket No. 1] is dismissed for lack of jurisdiction.

Dated:  October 3, 2008

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States District Judge